**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02549-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

EDWIN MARK ACKERMAN,

    Applicant,

v.

WARDEN ZUPON,

    Defendant.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant Edwin Mark Ackerman, a state prisoner incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado, initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 1. Applicant appears to challenge a detainer that has been lodged against him and denial of good time credits.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.

1

Applicant is reminded that in *Ackerman v. Zupan, et al.*, No. 14-cv-03168-LTB (D. Colo. Feb. 2, 2015), he was warned that if he filed any future actions that raise the same meritless claims, as were raised in Case No. 13-cv-03487-RM, he may be ordered to show cause why this Court should not summarily dismiss such an action and impose sanctions.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing a certified account statement showing the current balance in Applicant's prison account is not certified
(5) ___ is missing required financial information
(6) _X_ is missing an original signature by the prisoner
(7) _X_ is not on proper form
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other:

**Complaint, Petition or Application**:

(11) ___ is not submitted
(12) ___ is not on proper form (must use the Court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order** if he desires to proceed with a 28 U.S.C. § 2241. Any

2

papers that Applicant files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Applicant shall obtain the Court-approved form used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at  www.cod.uscourts.gov.   It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED November 22, 2015, at Denver, Colorado.

                              BY THE COURT:

                              s/Gordon P. Gallagher
                              United States Magistrate Judge